# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:00CR9

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| HERBERT KENT HARBISON ) | |

**THIS MATTER** is before the Court on the Defendant's motion for reconsideration of the Court's prior Order of January 25, 2005, denying credit for time spent in prior custody. The motion is denied.

The Defendant's sentence was imposed after a § 5K1.1 motion was granted; therefore, his claim is erroneous. In addition, the relief Defendant seeks in the instant motion must be brought in the form of a motion pursuant to 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reconsideration is hereby **DENIED**.

**Signed: May 23, 2005**

Lacy H. Thornburg
United States District Judge